JOSEPHINE M. DRUMMY, Respondent, *v.* ELI J. OXMAN, Appellant.

Submitted November 17, 1952; decided November 25, 1952.

*William C. Morris* for motion.

*John V. Higgins* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.